**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1983**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, "PHEAA",

                    Third Party Defendant - Appellee,

          v.

CYNTHIA Y. ALLEN-WILLIAMS, D.D.S.,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   J.  Frederick  Motz,  Senior  District
Judge. (8:11-cv-01001-JFM)

Submitted:  November 6, 2012        Decided:  December 18, 2012

Before WILKINSON, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cynthia  Y.  Allen-Williams,  Appellant  Pro  Se.   Thomas  Frank
Corcoran, Assistant United States Attorney, Baltimore, Maryland;
William  D.  Day,  GILL,  SIPPEL  &  GALLAGHER,  Rockville,  Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cynthia Y. Allen-Williams, D.D.S., appeals from the district court's memorandum and order entering judgment in favor of the United States in its action to recover amounts due on promissory notes executed in connection with two health education loans and granting the Third-Party Defendant, Pennsylvania Higher Education Assistance Agency, summary judgment on Allen-Williams' third-party complaint. We have thoroughly reviewed the record and the district court's memorandum and discern no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Allen-Williams, No. 8:11-cv-01001-JFM (D. Md. June 11 & June 21, 2012). We deny as moot Allen-Williams' motion to stay execution of the money judgment entered against her. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2